PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kyle James Anderson**

**Docket No. 0:00CR00356-001(ADM)**

**Petition on Supervised Release**

RECEIVED

APR 24 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kyle James Anderson** who was sentenced for Possession with Intent to Distribute Gamma-Butyrolactone for Human Consumption on July 25, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol treatment
- Do not frequent bars
- Substance abuse testing
- Drug treatment
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On April 18, 2006, a laboratory confirmation of a positive drug test for Gamma-Hydroxybutyric Acid (GHB) was received.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 24 day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer

Executed on April 20, 2006

Place St. Paul

SCANNED

APR 24 2006

U.S. DISTRICT COURT MPLS