RECEIVED
APR 24 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Kyle James Anderson

Docket No. 0:00CR356-1 (AMD)

# HEARING WAIVER

I, Kyle James Anderson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: [signature]

Kyle James Anderson
Supervised Releasee

Witness: [signature]

Dated: 4-20-06

SCANNED
APR 24 2006
U.S. DISTRICT COURT MPLS