PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

SEP 19 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kyle James Anderson**

**Docket No. 0:00CR00356-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kyle James Anderson** who was sentenced for Possession with Intent to Distribute Gamma-Butyrolactone for Human Consumption on July 25, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Do not frequent bars
- Alcohol restrictions
- Drug treatment
- Alcohol treatment
- Substance abuse testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #4: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform eight hours of community service in the U.S. Probation Office In House Community Work Service Program, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 18th day of September, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Lisa L. Martinetto
U.S. Probation Officer

Executed on September 15, 2006
Place St. Paul

c: United States Sentencing Commission

SCANNED
SEP 20 2006
U.S. DISTRICT COURT MPLS