Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kyle James Anderson

Docket No. 0:00CR356-1 (AMD)

**HEARING WAIVER**

I, Kyle James Anderson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service in the U.S. Probation Office In House Community Work Service Program, as approved by the probation officer.

Signed: [signature] Witness: [signature]

Kyle James Anderson
Supervised Releasee

Dated: 9/5/06

SCANNED
SEP 20 2006
U.S. DISTRICT COURT MPLS