PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kyle James Anderson**

**Docket No. 0:00CR00356-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kyle James Anderson** who was sentenced for Possession with Intent to Distribute Gamma-Butyrolactone for Human Consumption on July 25, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Do not frequent bars
- Alcohol restrictions
- Drug treatment
- Alcohol treatment
- Substance abuse testing

On April 24, 2006: Modification to include 90 days home confinement for drug use.

On September 18, 2006: Modification to include 8 hour community service for a missed urine test.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On January 1, 2008, law enforcement seized 6 grams of methamphetamine (including packaging). The defendant was arrested for Fifth Degree Possession of a Controlled Substance.

On January 11, 2008, the defendant had a small amount of marijuana in his vehicle during a traffic stop.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

STANDARD CONDITION #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement officer.

SCANNED
JAN 22 2008
U.S. DISTRICT COURT MPLS

cc: AUSA, Prob, Def 8E
USM Summons 1-22

The defendant did not notify the probation officer about the following charges, court cases, and law enforcement contacts. He also denied having any pending charges and law enforcement contact on his written monthly reports.

On November 29, 2006, the defendant was charged with Speeding and No Seatbelt in Anoka County District Court, Anoka, Minnesota. On December 1, 2006, the defendant's driver's license was suspended for nonpayment of traffic tickets. On January 30, 2007, the defendant pled guilty and was ordered to pay a fine and surcharges.

On January 21, 2007, the defendant was charged with Driving After Suspension and Speeding in Ramsey County District Court, St. Paul, Minnesota. On April 17, 2007, the defendant pled guilty and was sentenced to a $300 fine and no same or similar for one year.

On November 1, 2007, the defendant was charged with Speeding in Anoka County District Court. On November 30, 2007, the defendant failed to appear and his driver's license was suspended.

On January 11, 2008, the defendant was issued a citation for Driving After Suspension and Expired Registration.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 18th day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer
Telephone: 651-848-1245

Executed on January 16, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer