**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Franklin L. Noel<br>U.S.Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: CR 00-356 ADM/SRN |
| | ) | Date: February 1, 2008 |
| Kyle James Anderson, | ) | Court Reporter: None |
| | ) | Tape Number: #190 1740-2530 |
| Defendant. | ) | Time Commenced: 11:08 a.m. |
| | | Time Concluded: 11:18 a.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

**Plaintiff:** Erica MacDonald
Assistant U.S. Attorney

**Defendant:** Katherian Roe
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter: NA // English

Date Charges Filed: January 22, 2008 Offense: Narcotics

☒Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release ☒ Supervised Release

☐ Charges from other District

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☒ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Next appearance date is February 8, 2008 at 11:00 a.m. before U.S. District Court Judge Ann D. Montgomery for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐removal hrg ☒ Final revocation

☐Detention hearing waived ☐ Preliminary hearing waived ☐Removal hearing waived

Additional Information:

s/Joan Flood
Criminal Duty Clerk