**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

KYLE JAMES ANDERSON,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 00-356 ADM/SRN |
| Date: | February 8, 2008 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 12:15 p.m. |
| Time in Court: | 1 Hours & 15 Minutes |

## APPEARANCES:

Plaintiff: Chris Wolff, Assistant U.S. Attorney
Defendant: Manny Atwal ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant denies the allegations and an evidentiary hearing was held.
Plaintiff's witnesses: Probation Officer Lisa Martinetto; government offered exhibits 1, 2, 3, 4 and 5 which were received by the Court.
Defendant's witnesses: Sara Peterson
After an evidentiary hearing was held the Court finds the defendant to be in violation of the conditions of his supervised release.

## IT IS HEREBY ORDERED:

Defendant is committed to the custody of the BOP for a period of 21 months. He shall surrender to the institution designated by the Bureau of Prisons on February 22, 2008, at 9:00 a.m. for service of his sentence. If an institution has not been designated the defendant shall surrender to the U.S. Marshal on that same date.

Bond is set in the amount of $50,000 RPR.

Exhibits were returned to counsel upon completion of the hearing.

s/Gertie Simon
Courtroom Deputy