AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
KYLE JAMES ANDERSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-356(1) ADM/SRN**
USM Number: **06504-041**
Social Security Number: **4011**
Date of Birth: **1972**

**Manvir Atwal**
Defendant's Attorney

**THE DEFENDANT:**

Admitted that he was guilty of the Grade C violations but denied the Grade A violations. The Court found the defendant guilty of the Grade A violations after an evidentiary hearing was held.

Therefore, the defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
|---|---|
| Mandatory Condition | Law enforcement seized methamphetamine from defendant which is in violation of the condition that he not possess a controlled substance. |
| Mandatory Condition | Defendant was issued a citation in violation of the condition that he not commit another federal, state, or local crime. |
| Standard Condition #2 | Defendant failed to report to the probation officer as directed. |
| Standard Condition #11 | Defendant failed to notify the probation officer within 72 hours of being arrested. |
| Mandatory Condition and Special Condition #3 | Defendant submitted a sweat patch which was positive for methamphetamine. |
| Special Condition #4 | Defendant failed to complete a treatment program as directed by the probation officer. |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**February 8, 2008**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**February 8, 2008**
Date

DEFENDANT: KYLE JAMES ANDERSON
CASE NUMBER: 00-356 (1) ADM/SRN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **21 months with no supervised release to follow**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**It is recommended that this defendant participate in the 500 Hour Residential Drug Abuse Program.**

[] The defendant is remanded to the custody of the United States Marshal.

[**X**] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[**X**] as notified by the Probation or Pretrial Services Office.

**If the defendant is not designated to report to an institution on or before February 22, 2008:**

[**X**] The defendant shall surrender to the United States Marshal for this district.
[**X**] at **9:00 a.m.** on **February 22, 2008.**
[] as notified by the United States Marshal.
[**X**] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________, with a certified copy of this judgment.

______________________
United States Marshal

By ______________________
Deputy United States Marshal