AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-356 ADM/SRN

Kyle James Anderson

RECEIVED
FEB 08 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**U. S. Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel.**

On: **02/01/08 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

RECEIVED
US MARSHALS SERVICE
MPLS MN
2008 JAN 23 A 8:18

Lori Sampson (signature)
Lori Sampson, Deputy Clerk

Dated: January 22, 2008

SCANNED
FEB 26 2008
U.S. DISTRICT COURT ST. PAUL

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] LISA MARTINETTO Date: 1-29-08

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: U.S. Courthouse, 300 S. 4th St, Minneapolis

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________

☐ Returned unexecuted: ____________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/29/08 (Date) — Ben Kates (Acting) (Name of United States Marshal)

[signature]
(by) ~~Deputy United States Marshal~~
Lisa Martinetto
US Probation Officer
1-29-08

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure